UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR13-330-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MARCUS DEAN BONNER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:     Bank Fraud (20 counts)

<u>Date of Detention Hearing</u>:    November 15, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was arrested in the Eastern District of Washington and transferred to

DETENTION ORDER
PAGE -1

this District for arraignment in the above matter.  He declined interview by pretrial services and his background information is either unknown or unverified.

2. Defendant's criminal record includes violations of supervision and failures to appear.  He is associated with multiple aliases and there are outstanding warrants.

3. Defendant does not argue in opposition to detention.

4. Defendant poses a risk of danger due criminal history and violent behavior.  He poses a risk of nonappearance due to failures to appear, violations of the conditions of supervision, alias identifiers, warrant activity, and unknown background information.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 15th day of November, 2013.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3